## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | | |
|---|---|---|
| DONTRAIL MATHIS, DONTRAUS JENKINS, RAMONA JAMES, RASHAWNDA GREEN, CHELSEA WILLIAMS, and LESLIE MORGAN,<br><br>        *Plaintiffs*,<br><br>v.<br><br>EDUCARE COMMUNITY LIVING CORP.-TEXAS, EDUCARE COMMUNITY LIVING LIMITED PARTNERSHIP, and RES-CARE, INC.,<br><br>        *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 2:18-cv-00518-JRG-RSP |

## ORDER

Before the Court is the Parties' Joint Notice of Voluntary Dismissal Without Prejudice as to All Claims Against Defendants ("Notice"). (Dkt. No. 34.) Within this Notice, Plaintiffs indicated that they do not desire to prosecute any claims in this lawsuit against Defendants. (*Id*.) Consequently, the Parties jointly request that the Court enter an order dismissing the case without prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. (*Id*.)

After consideration, the Court **APPROVES** of the Parties Notice. The Court concludes that this Joint Notice and the agreement to dismiss the case within that Notice constitute a stipulation of dismissal under Rule 41(a)(1)(A)(ii). It is therefore **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to close this case.

**So Ordered this**

Sep 17, 2019

_____

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE